IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DRAKE A. EDWARDS, | : | |
| Plaintiff, | : | Case No. 3:15cv00455 |
| vs. | : | District Judge Thomas M. Rose |
| | | Chief Magistrate Judge Sharon L. Ovington |
| ANGELA A. BLACKSHEAR, *et al.*, | : | |
| Defendants. | : | **DECISION AND ENTRY** |

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on October 14, 2016 (Doc. #3) is ADOPTED in full;

2. Plaintiff Drake A. Edward's Complaint and claims are DISMISSED with prejudice pursuant to 28 U.S.C. §1915(e)(2);

3. The Court certifies under 28 U.S.C. §1915(a)(3) that Plaintiff's appeal from this Court, if any, would not be taken in good faith; and,

4. The case is terminated on the docket of this Court.

November 4, 2016                                              THOMAS M. ROSE

                                                                             _____
                                                                               Thomas M. Rose
                                                              United States District Judge